## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:    Jonathon Bender

Bankruptcy No. 16-24314-JAD

Chapter 13

Standing Chapter 13 Trustee and Debtor(s)
Jonathon Bender

Related To Doc. No. 31

Movants

Vs.

Respondents.

Motion No. WO-1

## ORDER TO PAY TRUSTEE
## PURSUANT TO WAGE ATTACHMENT

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

> HCL Technologies
> 330 Potero Avenue
> Sunnyvale, CA 94085

shall deduct from said income the sum of $ 1934.00 beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall

remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour Chapter
> 13 Trustee, W.D. PA P.O.
> Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a Certificate of Service regarding service of the Order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.**

DATED this 27th day of January, 2017.

_____
JEFFERY A. DELLER, CHIEF JUDGE

CASE ADMINISTRATOR SHALL SERVE:
  Jonathon D. Bender
  Lawrence G. Paladin, Jr., Esquire
  Ronda J. Winnecour, Esquire
  Office of United States Trustee

FILED
1/27/17 6:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-24314-JAD
Jonathon D. Bender                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1          Date Rcvd: Jan 27, 2017
                              Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db              Jonathon D. Bender,   109 Heritage Creek Drive,    Mars, PA  16046-2377
                +HCL Industries,   Attn: Payroll Manager,   330 Potero Avenue,   Sunnyvale, CA 94085-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen Craig Zumbrun    on behalf of Creditor   Heritage Creek Homeowners Association, Inc.
           steve@pioneerls.com
                                                                       TOTAL: 5