## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Jonathon Bender | **Case No.: 16-24314-JAD** |
| | Chapter 13 |
| Standing Chapter 13 Trustee and Debtor(s)<br>Jonathon Bender | Related To Doc. No. 40 |
| Movants | Motion No. WO-1 |
| Vs. | |
| Respondents. | |

### ORDER TO PAY TRUSTEE PURSUANT
### TO WAGE ATTACHMENT

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

> Leidos
> c/o ADP COS
> Attn: Garnishment
> PO Box 17050
> Augusta, GA 30903

shall deduct from said income the sum of $ 2095.00 beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D. PA
> P.O. Box 84051
> Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the

   IT IS FURTHER ORDERED that the Debtors shall seve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a Certificate of Service regarding service of the Order and local form, but the social security number shall not be included on the certificate.

   IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.  *

   DATED this <u>13th</u> day of <u>March</u>, 2017.

                       _____
                         JEFFERY A. DELLER, CHIEF JUDGE

**CASE ADMINISTRATOR SHALL SERVE:**
 Jonthan D. Bender
 Lawrence G. Paladin, Jr., Esquire
 Ronda J. Winnecour, Esquire
 Office of United States Trustee

FILED
3/13/17 6:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-24314-JAD
Jonathon D. Bender                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: msch              Page 1 of 1            Date Rcvd: Mar 13, 2017
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db             Jonathon D. Bender,    109 Heritage Creek Drive,    Mars, PA  16046-2377
              +Leidos,    c/o ADP COS,    Attn: Garnishment,    P.O. Box 17050,    Augusta, GA 30903-7050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen Craig Zumbrun    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               steve@pioneerls.com
                                                                                             TOTAL: 5