## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jonathon Bender

Bankruptcy No. 16-24314-JAD

Chapter 13

Debtor
Jonathon Bender

Related To Doc. No. 41

        Movants

    Vs.

NONE

Motion No. WO-1

        Respondents.


### ORDER DISSOLVING
### WAGE ATTACHMENT


     IT IS ORDERED, as Debtor is no longer employed there,  that the Order attaching wages directed to:

HCL Technologies
330 Potero Avenue
Sunnyvale, CA 94085

is hereby dissolved.


DATED this 1st day of May, 2017.

_____
JEFFERY A. DELLER, CHIEF JUDGE


cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee
    Debtor's former Employer

FILED
5/1/17 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 16-24314-JAD
Jonathon D. Bender                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 1              Date Rcvd: May 01, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db              Jonathon D. Bender,    109 Heritage Creek Drive,    Mars, PA  16046-2377
               +HCL Technologies,    Attn: Payroll Dept.,    330 Potero Avenue,    Sunnyvale, CA 94085-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen Craig Zumbrun    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               steve@pioneerls.com
                                                                                          TOTAL: 5