**Lawrence G. Paladin, Jr.**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Tuesday, August 8, 2017 12:16 PM |
| To: | Lawrence G. Paladin, Jr. |
| Subject: | U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Jonathon D. Bender, Case Number: 16-24314, JAD, Ref: [p-110690556] |
| Attachments: | B_P216243141490198.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

August 9, 2017

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Jonathon D. Bender, Case Number 16-24314, JAD

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Undeliverable Address:
NATIONSTAR MORTGAGE LLC

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Selene Finance, servicer    Attn: Customer Services*
*PO Box 422039    Houston TX 77242-4239*

1

_____        \_\_12 Aug 17_____
Signature of Debtor or Debtor's Attorney                                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**