UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:   Jonathon Bender,
        Debtor

Bankruptcy No:16-24314-JAD

Ronda Winnecour, Trustee and
Jonathon Bender, Debtor,
        Movants

Chapter 13

Related to Doc. No. 69

Motion No.: WO-2

v.

Respondents

ORDER TO PAY TRUSTEE PURSUANT
TO WAGE ATTACHMENT

    The above-named debtor having filed a Chapter 13 petition and debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:
    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

        Leidos
        c/o ADP COS
        Attn: Garnishment
        P.O. Box 17050
        Augusta, GA 30903

shall deduct from said income the sum of $ 2,227.00 beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        Ronda J. Winnecour
        Chapter 13 Trustee, W.D. PA
        P.O. Box 84051
        Chicago, IL 60689-4002

    IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.
    IT IS FURTHER ORDERED that the Debtors shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Form 12, that includes the debtor's full social security number on the above named entity. Debtor shall file a Certificate of Service regarding service of the Order and local form, but the social security number shall not be included on the certificate.
    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts

required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.**

DATED this 29th day of September, 2017.

_____
U. S. BANKRUPTCY JUDGE

cc: Jonathan D. Bender
    Lawrence G. Paladin, Jr., Esq.
    Ronda J. Winnecour, Esq.
    Office of the United States Trustee

FILED
9/29/17 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-24314-JAD
Jonathon D. Bender                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch            Page 1 of 1            Date Rcvd: Sep 29, 2017
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.
db             Jonathon D. Bender,   109 Heritage Creek Drive,   Mars, PA  16046-2377
              +Leidos,   c/o ADP COS,   Attn: Garnishment,   P.O. Box 17050,   Augusta, GA 30903-7050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
              Nichole E. Humes    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               nichole@pioneerls.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas H. Ayoob, III    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               tom@pioneerls.com
                                                                                                       TOTAL: 6