# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JONATHON D. BENDER |
| Case Number: | 16-24314-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 19, 2017  09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/24/17 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#17 - Final Confirmation of Plan Dated 12/9/2016 (NFC)
R / M #: 17 / 0

**Appearances:**   *No one appeared*

Debtor:
Trustee: Winnecour / **(Bedford)** / Pail / Katz
Creditor:  *J Steiman - Heritage Creek*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: *11-15-17* at *9:30* .
10. _____ Other:

10/13/201' 10:05:45AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathon D. Bender  
      Debtor

Case No. 16-24314-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db          Jonathon D. Bender,    109 Heritage Creek Drive,    Mars, PA   16046-2377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
       Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com  
       Nichole E. Humes    on behalf of Creditor    Heritage Creek Homeowners Association, Inc. nichole@pioneerls.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Thomas H. Ayoob, III    on behalf of Creditor    Heritage Creek Homeowners Association, Inc. tom@pioneerls.com  
                                                                                            TOTAL: 6