# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JONATHON D. BENDER |
| **Case Number:** | 16-24314-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 15, 2017 09:30 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 12/9/2016
- Objection filed 1/13/2017 at Doc. No. 30 by Heritage Creek Homeowners Association, Inc.
- Objection filed 4/10/2017 at Doc. No. 46 by Nationstar Mortgage LLC
- Conciliation Conference Held 8/3/2017 - Continued To 10/19/2017
- Conciliation Conference Held 10/19/2017 - Continued To 11/15/2017 Contesteds

R / M #:  17 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR: LAWRENCE G. PALADIN, JR., ESQUIRE
CREDITOR: STEPHEN C. ZUMBRUN, ESQUIRE for HERITAGE CREEK HOMEOWNERS ASSOC.
CREDITOR: JAMES C. WARMBRODT, ESQUIRE for NATIONSTAR MORTGAGE

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at
       _____
       _____ To Conciliation Conference For _____ at
       _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

### ORDER

The August 7, 2017 Interim Order confirming Debtor's Amended Chapter 13 Plan dated December 9, 2016, is a FINAL ORDER, effective November 15, 2017.

JEFFERY A. DELLER    mas
Chief U.S. Bankruptcy Judge

FILED
12/12/17 7:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

Page 1 of 1

Case 16-24314-JAD    Doc 75    Filed 12/14/17    Entered 12/15/17 00:53:43    Desc Imaged
                                Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24314-JAD
Jonathon D. Bender                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2                  Date Rcvd: Dec 12, 2017
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             Jonathon D. Bender,    109 Heritage Creek Drive,   Mars, PA   16046-2377
cr            +Heritage Creek Homeowners Association, Inc.,    c/o Stephen C. Zumbrun, Esquire,
                710 Fifth Avenue, Suite 2000,    Pittsburgh, pa 15219-3004
cr            +Wollemi, LLC by AIS Data Services, LP as agent,    P.O. Box 165028,   Irving, TX 75016-5028
14334814      +Citifinancial,    605 Munn Road East,   Fort Mill. SC 29715-8421
14334815       Comenity Bank,    Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
14334816       Department of Education,    PO Box 740283,   Atlanta GA 30374-0283
14737442      +Fay Servicing, LLC,    Bankruptcy Department,   3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006-3357
14324464      +Heritage Creek Homeowners Assoc,    c/o The Community Management Group,    12300 Perry Hwy,
                Suite #309,   Wexford, PA 15090-8318
14659063      +Heritage Creek Homeowners' Association,    c/o Thomas H. Ayoob III & Assoc., LLC,
                710 Fifth Avenue, Suite 2000,    Pittsburgh, PA 15219-3004
14324466      +KML Law Group, P.C.,    Suite 5000,   701 Market Street,   Philadelphia, PA 19106-1541
14334817      +KML Law Group. PC,    Suite 5000,   701 Market Street,   Philadelphia, PA 19106-1541
14324467     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14371706       Navient Solutions Inc.,    Department of Education Loan Services,   P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
14338816       Navient Solutions, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,   Wilkes Barre, PA  18773-9430
14324470      +Santander Bank NA,    Mail Code 10-6438-MA4,   601 Penn Street,   Reading, PA 19601-3563
14402738       University of Pittsburgh Physicians,    PO Box 1123,   Minneapolis MN 55440-1123
14339578      +Wollemi Acquisitions, LLC by AIS Data Services, LP,    P.O. Box 4138,    Houston, TX 77210-4138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14324462      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2017 01:26:24      AIS Recovery Solutions,
                4515 N SANTA FE AVE,    Oklahoma City, OK 73118-7901
14324463      +E-mail/Text: bankruptcy@consumerportfolio.com Dec 13 2017 01:18:26
                Consumer Portfolio Services Inc,    P.O.Box 57071,   Irvine, CA 92619-7071
14324465       E-mail/Text: cio.bncmail@irs.gov Dec 13 2017 01:17:54      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
14334818       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2017 01:18:00      MOMA Funding LLC,
                PO Box 788,   Kirkland WA 98083-0788
14324469      +E-mail/PDF: pa_dc_claims@navient.com Dec 13 2017 01:19:52      Navient,   P.O.Box 9500,
                Wilkes Barre, PA 18773-9500
14324468       E-mail/PDF: pa_dc_claims@navient.com Dec 13 2017 01:19:38      Navient,
                U.S. Dept. of Education Loan Svcg.,    P.O.Box 9635,   Wilkes Barre, PA 18773-9635
14370642      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 01:19:55
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14334819       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2017 01:18:00      Quantum3 Group LLC,
                PO Box 788,   Kirkland WA 98083-0788
14341437       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2017 01:18:00
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
14328411       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2017 01:18:00
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                NATIONSTAR MORTGAGE LLC
cr*              +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14334813*        +AIS Recovery Solutions,    4515 N. Santa Fe Avenue,   Oklahoma City, OK 73118-7901
14339845*        +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
                                                                                             TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2          User: culy               Page 2 of 2             Date Rcvd: Dec 12, 2017
                              Form ID: pdf900          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
              Nichole E. Humes    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               nichole@pioneerls.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas H. Ayoob, III    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               tom@pioneerls.com
                                                                                             TOTAL: 6
```