**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jonathon D. Bender**
Debtor(s)

Bankruptcy Case No.: 16–24314–JAD

Chapter: 13
Docket No.: 80 – 79

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Nicole E. Humes, Esquire has been removed as attorney from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: March 22, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-24314-JAD
Jonathon D. Bender                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Mar 22, 2018
                              Form ID: 143            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
aty             +Nichole E. Humes,   Thomas H. Ayoob III & Associates, LLC,   710 Fifth Avenue, Suite 2000,
                  Pittsburgh, PA 15219-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
              Matthew  Junker    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               matthewj@pioneerls.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas H. Ayoob, III    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
               tom@pioneerls.com
                                                                                                 TOTAL: 6