### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Jonathon D. Bender

        Debtor(s)

Bankruptcy No. 16-24314

Chapter 13

Jonathon D. Bender
       Movant

versus

No Respondent

Document No. _____

### REQUEST TO DISMISS UNDER §1307(b)

Kindly dismiss the Debtor's bankruptcy case in accordance with 11 U.S.C. §1307(b) at the request of the Debtor in this matter, Jonathon D. Bender.

Respectfully submitted,

  s/Lawrence G. Paladin, Jr.
Lawrence G. Paladin, Jr.
PA ID #44799
PALADIN LAW OFFICES
a Professional Corporation
Firm #913
15 Duff Road, Ste 6C
Pittsburgh, PA 15235-3049
412/244-0826