UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Jonathon D. Bender

        Debtor(s)

Bankruptcy No. 16-24314

Chapter 13

Jonathon D. Bender
    Movant

versus

No Respondent         Document No. _____

## CERTIFICATE OF SERVICE

I, Lawrence G. Paladin, Jr., certify under penalty of perjury that served by electronic service on July 10, 2018 with the Request to Dismiss:

Ronda J. Winnecour, Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219


Senior Assistant United States Trustee
Suite 970 - Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222


The total number of copies delivered was:   2   .

Executed on:    10 Jul 2018                              s/Lawrence G. Paladin
                                                          Lawrence G. Paladin, Jr.
                                                          I.D. # 44799
                                                          PALADIN LAW OFFICES,
                                                          a Professional Corporation
                                                          10700 Frankstown Road, Suite 305
                                                          Pittsburgh, PA 15235
                                                          412-244-0824