IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JONATHAN D. BENDER,   :   Bankruptcy No. 16-24314-JAD
:
:
:   Related To Doc. No. 83
Debtor.   :
———————————————— X

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this **11th** day of **July, 2018, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of his debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

JEFFERY A. DELLER   mas
Chief U.S. Bankruptcy Judge

cm: All Creditors And All Parties In Interest

FILED
7/11/18 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00024547

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-24314-JAD
Jonathon D. Bender                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz                  Page 1 of 2              Date Rcvd: Jul 11, 2018
                               Form ID: pdf900             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db              Jonathon D. Bender,    109 Heritage Creek Drive,    Mars, PA 16046-2377
cr             +Heritage Creek Homeowners Association, Inc.,     c/o Stephen C. Zumbrun, Esquire,
                 710 Fifth Avenue, Suite 2000,    Pittsburgh, pa 15219-3004
14334814       +Citifinancial,    605 Munn Road East,    Fort Mill. SC 29715-8421
14334816        Department of Education,     PO Box 740283,    Atlanta GA 30374-0283
14737442       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14324464       +Heritage Creek Homeowners Assoc,     c/o The Community Management Group,    12300 Perry Hwy,
                 Suite #309,    Wexford, PA 15090-8318
14659063       +Heritage Creek Homeowners' Association,     c/o Thomas H. Ayoob III & Assoc., LLC,
                 710 Fifth Avenue, Suite 2000,    Pittsburgh, PA 15219-3004
14324466       +KML Law Group, P.C.,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
14334817       +KML Law Group. PC,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541
14324467      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
14338816        Navient Solutions, Inc. on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,    Wilkes Barre, PA 18773-9430
14324470       +Santander Bank NA,    Mail Code 10-6438-MA4,    601 Penn Street,    Reading, PA 19601-3563
14808279        United Student Aid Funds, Inc (USAF),     PO Box 8961,    Madison WI 53708-8961
14402738        University of Pittsburgh Physicians,     PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2018 02:24:59
                 Wollemi, LLC by AIS Data Services, LP as agent,     P.O. Box 165028,   Irving, TX 75016-5028
14324462       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2018 02:41:13      AIS Recovery Solutions,
                 4515 N SANTA FE AVE,    Oklahoma City, OK 73118-7901
14334815        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 02:26:35      Comenity Bank,
                 Bankruptcy Department,    PO Box 182125,   Columbus, OH 43218-2125
14324463       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 12 2018 02:28:04
                 Consumer Portfolio Services Inc,    P.O.Box 57071,    Irvine, CA 92619-7071
14324465        E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 02:26:25      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14334818        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 02:26:41      MOMA Funding LLC,
                 PO Box 788,    Kirkland WA 98083-0788
14324469       +E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 02:25:44      Navient,    P.O.Box 9500,
                 Wilkes Barre, PA 18773-9500
14324468       +E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 02:24:51      Navient,
                 U.S. Dept. of Education Loan Svcg.,    P.O.Box 9635,    Wilkes Barre, PA 18773-9635
14371706        E-mail/PDF: pa_dc_claims@navient.com Jul 12 2018 02:23:58      Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
14370642       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 02:24:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14334819        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 02:26:41      Quantum3 Group LLC,
                 PO Box 788,    Kirkland WA 98083-0788
14341437        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 02:26:41
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14328411        E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 02:26:41
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14339578       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 12 2018 02:41:11
                 Wollemi Acquisitions, LLC by AIS Data Services, LP,     P.O. Box 4138,   Houston, TX 77210-4138
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Wilmington Trust, National Association
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14334813*      +AIS Recovery Solutions,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14339845*      +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
                                                                                               TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                   Date Rcvd: Jul 11, 2018
                               Form ID: pdf900             Total Noticed: 28
```

           ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Lawrence G. Paladin, Jr.    on behalf of Debtor Jonathon D. Bender lpaladin@PaladinLawOffices.com
          Matthew  Junker    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
           matthewj@pioneerls.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas H. Ayoob, III    on behalf of Creditor    Heritage Creek Homeowners Association, Inc.
           tom@pioneerls.com
                                                                                              TOTAL: 6
```