**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JONATHON D. BENDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:16-24314 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/18/2016 and confirmed on 01/30/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,129.42 |
| Less Refunds to Debtor | 6,681.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,448.42 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,105.92 | |
|   Trustee Fee | 2,706.43 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,812.35 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON TRUST NA - TRUSTEE MRFA<br>Acct: 5458 | 0.00 | 39,424.08 | 0.00 | 39,424.08 |
| WILMINGTON TRUST NA - TRUSTEE MRFA<br>Acct: 5458 | 62,019.88 | 0.00 | 0.00 | 0.00 |
| HERITAGE CREEK HOMEOWNERS ASSOC<br>Acct: C138 | 8,123.94 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5991 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SADINO F<br>Acct: 0690 | 755.09 | 0.00 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SVCS/CPS<br>Acct: 1510 | 22,674.13 | 6,353.59 | 6,061.44 | 12,415.03 |
| WOLLEMI ACQUISITIONS LLC BY AIS DATA<br>Acct: 5802 | 10,400.00 | 5,747.07 | 1,649.26 | 7,396.33 |
| | | | | 59,235.44 |
| **Priority** | | | | |
| LAWRENCE G PALADIN JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| JONATHON D. BENDER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JONATHON D. BENDER<br>Acct: | 2,227.00 | 2,227.00 | 0.00 | 0.00 |
| JONATHON D. BENDER<br>Acct: | 4,454.00 | 4,454.00 | 0.00 | 0.00 |
| PALADIN LAW OFFICES PC<br>Acct: | 1,127.00 | 1,105.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5991 | 0.00 | 0.00 | 0.00 | 0.00 |
| HERITAGE CREEK HOMEOWNERS ASSOC<br>Acct: C138 | 0.00 | 400.63 | 0.00 | 400.63 |
| | | | | 400.63 |
| **Unsecured** | | | | |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: 2715 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 7206 | 3,111.86 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM<br>Acct: 5991 | 80,729.32 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O USAF INC<br>Acct: 5991 | 15,962.78 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WOLLEMI ACQUISITIONS LLC BY AIS DATA<br>Acct: 5802 | 5,890.88 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5991 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSITY OF PITTSBURGH PHYSICIANS<br>Acct: 5991 | 155.79 | 0.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC (USAF)<br>Acct: 5991 | 15,962.78 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS H AYOOB III & ASSOC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NELNET<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                            59,636.07

```
TOTAL CLAIMED
  PRIORITY            0.00
  SECURED       103,973.04
  UNSECURED      121.813.41
```

Date: 09/05/2018                                  /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com